LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE:  215-884-9300
FAX:  215-701-4214

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Muneer Mustafa Tawam, | : | |
| | : | Dkt. No.  2:17-cv-01632-MRH |
| | : | |
| Plaintiff | : | Jury Trial Demanded |
| v. | : | |
| GNC Community Federal Credit Union, | : | |
| | : | |
| Defendant | : | |

## NOTICE OF SETTLEMENT

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement.  It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of this Notice.

    Respectfully submitted,

    LAW OFFICES OF F. EMMETT MADDEN, P.C.

    BY:    /s/ R. Emmett Madden_____
           R. EMMETT MADDEN, ESQUIRE