LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE: 215-884-9300
FAX: 215-701-4214

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNEER MUSTAFA TAWAM, | Dkt. No. 2:17-cv-01632-MRH |
| Plaintiff, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I) |
| v. | |
| GNC COMMUNITY FEDERAL CREDIT UNION, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Muneer Mustafa Tawam voluntarily dismisses with prejudice this action against GNC Community Federal Credit Union, Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated: August 9, 2018        LAW OFFICES OF R. EMMETT MADDEN, P.C.

By: /s/ Emmett R. Madden Esq.
    Emmett R. Madden Esq.
    Attorney for Plaintiff

AND NOW, this 9th day of August, 20 18
IT IS SO ORDERED.
[signature]
UNITED STATES DISTRICT JUDGE